## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re: Kyle Patrick Nolan,

    Debtor

BKY CASE NO. 09-45146
Chapter 13

Julie M. Kelley,

    Plaintiff,

v.

    Adv. Proc. No. 09-4291

Kyle Patrick Nolan,

    Defendant.

## CONSENT TO DISMISSAL OF COUNTS ONE AND THREE OF COMPLAINT

To: The Honorable Nancy C. Dreher, Chief United States Bankruptcy Court Judge for the District of Minnesota.

Pursuant to the court's order of April 1, 2010:

1. Plaintiff consents to the dismissal of counts one and three of the complaint dated November 2, 2009.

2. Plaintiff understands the court will try the issues raised by count two of the complaint dated November 2, 2009.

Dated:  April 6, 2010

*/e/ Bruce N. Crawford*
Bruce N. Crawford, Atty I.D. 154866
Attorney for Plaintiff
5101 Olson Memorial Highway
Suite 1000
Minneapolis, MN 55422
(763) 545-2720
(763) 545-2350 *Facsimile*
BNC@huscglaw.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re: Kyle Patrick Nolan,

            Debtor

BKY CASE NO. 09-45146
Chapter 13

---

Julie M. Kelley,

            Plaintiff,

v.                                                Adv. Proc. No. 09-4291

Kyle Patrick Nolan,

            Defendant.

---

## UNSWORN DECLARATION FOR PROOF OF SERVICE

I hereby certify that on April 6, 2010, I caused the following document:

    1.    CONSENT TO DISMISSAL OF COUNTS ONE AND THREE OF COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by certified mail and first-class mail, postage paid, to the following:

    Kyle Patrick Nolan
    5924 Upton Avenue South
    Minneapolis, MN 55410

Dated: April 6, 2010

                                        */e/ Bruce N. Crawford*
                                        Bruce N. Crawford, Atty I.D. 154866
                                        Attorney for Plaintiff
                                        5101 Olson Memorial Highway
                                        Suite 1000
                                        Minneapolis, MN 55422
                                        (763) 545-2720
                                        (763) 545-2350 *Facsimile*
                                        BNC@huscglaw.com